

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00152-CR

| | | |
|---|---|---|
| Ex parte Demetrick Dural Murray | § | From the 89th District Court |
| | § | of Wichita County (51808-C) |
| | § | September 26, 2013 |
| | § | Per Curiam |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM